UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROCKY ALLEN TRUAX, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:22-cv-00135-JRS-MJD ) |
| T. RULE, | ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **dismissed with prejudice**.

Date: 6/8/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email

ROCKY ALLEN TRUAX
18463029
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808